AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| USA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25mj323 |
| Marc Serafino | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Marc Serafino

Date: 11/13/25

_____
*Attorney's signature*

Nancy Battling
*Printed name and bar number*

666 Old Country Rd
*Address*

Suite 501 Garden City
*E-mail address*

516 2483520
*Telephone number*

_____
*FAX number*