APW
F.# 2025R00646

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

MARC SERAFINO,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

PROPOSED ORDER

CR 25- (AYS) 323

        Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the

Eastern District of New York, by Assistant United States Attorney Andrew P. Wenzel, for an

order unsealing the complaint and arrest warrant in the above-captioned matter.

        WHEREFORE, it is ordered that the complaint and arrest warrant in the above-

captioned matter be unsealed.

Dated:    Central Islip, New York
        11/13/25_____, 2025

                       /s/ Anne Y. Shields
                      _____
                      HONORABLE ANNE Y. SHIELDS
                      UNITED STATES MAGISTRATE JUDGE
                      EASTERN DISTRICT OF NEW YORK